September 3, 1971

No. 71–35   Jack K. Thacker, U. S. Army v Melvin Laird, Secretary of Defense; Stanley Resor, Secretary of the Army; and William S. Coleman, Commanding General, Fort Jackson, S. C. and their successors in office.

On consideration of the "Petition" filed in the above-entitled action, wherein petitioner seeks "a Writ of Habeas Corpus and permanent and temporary injunctions and temporary restraining orders incident thereto and . . . certain declaratory relief," it is, by the Court, this 3d day of September 1971,

ORDERED:
That said "Petition" be, and the same is hereby, dismissed for failure to set forth the basis for the relief requested, 28 USC § 1651(a).

November 18, 1971

No. 71–40   Joseph C. Cook, SGT, U. S. Marine Corps v CAPT R. M. Mallard, USMC, Commanding Officer, Marine Barracks, Naval Shipyard, Portsmouth, New Hampshire and LCDR R. L. Wilkins, Judge Advocate General Corps, USN, Military Judge, Law Center, Headquarters, First Naval District.

On consideration of the "Petition for Writ for Extraordinary Relief", and of the "Government Response to Order to Show Cause", it appearing that no action taken by the respondents tends to defeat this Court's jurisdiction ultimately to review petitioner's conviction, if any, or to impair this Court's power to grant meaningful relief for any error which may appear upon such review, it is, by the Court, this 18th day of November 1971,

ORDERED:
That said Petition be, and the same is, hereby dismissed.